UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

| | |
|---|---|
| JEFFREY GRIEBEL,<br>Plaintiff,<br><br>-against-<br><br>BEYOND AIR, INC.,<br>Defendant. | Case No. 25-cv-2969<br>(AMD)(ST) |

----------------------------------------------------------------------X

**DECLARATION OF LISA M. CASA, ESQ.**

I, Lisa M. Casa, declare, as follows:

1. I am a partner with Forchelli Deegan Terrana, LLP, counsel for Defendant, Beyond Air, Inc. ("Beyond Air" or "Defendant") in this action, and I am fully familiar with the facts and circumstances set forth herein.

2. I submit this affirmation in support of the Defendant's motion to dismiss the complaint seeking dismissal of the Amended Complaint filed by plaintiff, Jeffrey Griebel ("Plaintiff").

3. It is respectfully submitted that this Court should grant the instant motion all respects due to the facts that: (1) Plaintiff, a resident of Colorado whose situs of employment was Colorado cannot assert a claim under NYLL §§740 and 741; (b) even assuming, *arguendo*, Plaintiff could assert a claim under NYLL §§740 and 741, Plaintiff is not a healthcare worker and may not state a claim under §741; and (c) Plaintiff cannot assert a claim under NYLL §§740 and 741 because he did not raise a complaint that was protected by the statute.

4. This Honorable Court, Defendant respectfully refers to the accompanying declaration of John Morr dated December 22, 2025, and the exhibits annexed thereto.

5. For all of the reasons set forth in the Defendants' Memorandum of Law, Declaration of John Morr, and the exhibits annexed thereto, and all the pleadings and proceedings herein, it is respectfully submitted that this Court should grant the Defendant's instant motion in its entirety and dismiss the Plaintiff's amended complaint, together with such other and further relief as the Court deems just and proper, including costs, disbursements and reasonable attorney's fees.

WHEREFORE, it is respectfully requested that the Court issue an order granting the instant motion in its entirety.

Dated: Uniondale, New York
December 22, 2025

/s/
Lisa M. Casa, Esq.