| **Department:** | Commercial | **Full/Part Time:** | Full Time |
|---|---|---|---|
| **Reports to:** | CCO | **Location:** | Remote |

1. **SUMMARY OF POSITION:**
The primary role of the Director Clinical Services is to direct the clinical specialist team in support of commercial operations and medical affairs enquiries. This individual works closely with senior management including clinical affairs, engineering, research and development and the commercial field teams and directors to ensure that customers are appropriately trained to assure patient safety and customer enquiries are dealt with and that current and future products are optimized for patients and customers. This position also maintains awareness of the clinical developments in the field, new and emerging therapies, competitive intelligence and reports pertinent information to senior management.

2. **ACCOUNTABILITIES:**
   - Build and lead the clinical specialist team to provide training and respond to customer enquiries, minimizing customer dissatisfaction.
   - Develop and implement a KOL engagement program and outreach to key customers as directed by both the VP, Clinical Affairs and the CCO
   - Coordinate with commercial team to plan and manage attendance at medical meetings
   - Ensure effective deployment and monitoring of the company compliance program in the US
   - Effectively communicate the needs of patients and customers to clinical, engineering and commercial teams.
   - Operate within departmental budget maximizing company resources
   - Address and manage regulatory compliance within the clinical specialist team.

3. **ACTIVITIES:**

**<u>Primary Responsibilities</u>**

**<u>Clinical Specialist Team</u>**
- Build a best in class (product and category experts) clinical specialist team and maintain excellence through coaching and development.
- Provide training to the internal commercial team and customers in coordination with the Head of Sales.
- Manage and coordinate clinical support activities

- Address all medical affairs/clinical questions and respond appropriately with fair and balanced medical information.
- Execute a and maintain KOL program to support the commercial team.
- Support clinical trials where appropriate
- Provide customer input to field managers
- Provide clinical assessment and feedback on new devices and features
- Provide clinical/scientific presentations
- On-call clinical support 24/7/365

**<u>Device Commercialization</u>**

- Conferences
  - Serve as support to the commercial team at a conference display booth as necessary
- Hospital
  - Garner feedback from front line clinicians with respect to current device designs and future device designs
  - Report drug/device misuse or adverse events as specified in company policies
  - Maintain consistent, high quality training program and respond to customer inquiries as needed
  - Develop and maintain "hospital champion" where feasible

**<u>Secondary Potential Responsibilities (as Needed)</u>**

**<u>Clinical Studies</u>**

- Contribute to Clinical Study design and execution as directed by the VP, Clinical Affairs
- Formulate a training plan for clinical personnel involved in clinical studies
- Participate in site launch activities
- Create or review abstracts or posters for presentation if appropriate
- Contribute to Human Factors Testing as appropriate
- Maintain on-call status for clinical studies

**<u>In-vitro studies</u>**

- Contribute to planning, testing and setup of in-vitro studies
- Formulate a training plan for clinical personnel involved in in-vitro studies
- Maintain on-call status for in-vitro studies

## 4. REQUIREMENTS:

*This document and the information contained in it are confidential and are proprietary of Beyond Air, Inc.*

| | Preferred | Minimum |
|---|---|---|
| **Education** | • RT or RN, BSc, MSc | • RT or RN & BSc |
| **Experience** | • 15+ years of progressive development and critical care hospital experience in respiratory care as well in a medical device or life sciences technology-driven company. | • 10+ years of progressive development and critical care hospital experience in respiratory care as well in a medical device or life sciences technology-driven company. |
| **Special Skills or Knowledge** | • Bedside clinical experience in treating patients with respiratory needs in hospital Intensive Care Unit settings<br>• Proven hands-on experience in development of medical device products<br>• Experience in developing protocols and overseeing trials.<br>• Direct experience with Nitric Oxide therapy is preferred. | |
| **Additional Requirements** | • Ability to travel up to 80% as needed<br>• Work outside the normal office hours as required. | |

**Approved by:**

| ______________________ | ______________________ | ______________ |
|---|---|---|
| Name (Manager) | Signature | Date |
| ______________________ | ______________________ | ______________ |
| Name (CEO) | Signature | Date |

**Revision History**

| Revision | Change Description | Effective Date |
|---|---|---|
| 01 | First Release | |

## Competency Requirements Worksheet

*Managers use this worksheet to identify Credential Competency Requirements to include with the job title credentials. Managers should also rate the value of each competency. This worksheet will be added to the job description document for the specific job title. Managers should provide a completed worksheet to HR department.*

***Job Title:*** ***Director Clinical Services***

***Department:*** ***Commercial***

***Dept. Manager:*** ***CCO***

| Competencies | | Value of Competency: Not Important | Preferred | Essential | Included in job description requirements? |
|---|---|---|---|---|---|
| *Workplace Competencies* | | | | | |
| 1 | **Teamwork** – Working cooperatively with others to complete work assignments. Develop constructive and cooperative working relationships with others. | | | X | |
| 2 | **Using software** | | | | |
| 2a | o Strong MS Office skills including, Word, Outlook | | | X | |
| 2b | o Strong MS Office skills in Excel | | | X | |
| 2c | o Use Power Point to create presentations for an audience. | | | X | |
| 3 | **Writing** – Create documents such as SOP's, work instructions, manuals, reports, graphs, spreadsheets, and flow charts. | | | X | |
| 4 | **Meeting team objectives** | | | | |
| 4a | o Work as part of a team, contributing to the group's effort to achieve goals. | | | X | |
| 4b | o Choose behaviors and actions that best support the team and accomplishment of work tasks. | | | X | |
| 5 | **Acting professionally -** Is pleasant, courteous, and professional when dealing with internal or external customers. | | | X | |
| 6 | **Planning and organizing** – Planning and prioritizing work to manage time effectively and accomplish assigned tasks. | | | X | |
| 7 | **Project Management** | | | | |
| 7a | o Estimate personnel and other resources needed for project completion (e.g., financial material or equipment). | | | X | |
| 7b | o Manage activities to meet plans, allocating time and resources effectively. | | | X | |
| 7c | o Keep track of and document plans, assignments, changes, and deliverables. | | | X | |
| 7d | o Coordinate efforts with all affected parties, keeping them informed of progress and all relevant changes to project timelines. | | | X | |
| 8 | **Creative Thinking** – Generating innovative and creative solutions. | | | X | |
| 9 | **Problem Solving and Decision-Making** – Generating, evaluating, and implementing solutions to problems. | | | X | |
| 10 | **Business Ethics** | | | | |
| 10a | o Demonstrate respect for coworkers, colleagues, and customers. | | | X | |
| 10b | o Act in the best interest of the company. | | | X | |

*This document and the information contained in it are confidential and are proprietary of Beyond Air, Inc.*

| | Competencies | Value of Competency | | | Included in job description requirements? |
|---|---|---|---|---|---|
| | | Not Important | Preferred | Essential | |
| 10c | PRIDE… INTEGRITY …TRUST | | | x | |
| 11 | **Market Knowledge** | | | | |
| 11a | o Understand market trends in the industry and the company's position in the market. | | | X | |
| 11b | o Know who the company's primary competitors are and stay current on organizational strategies to maintain competitiveness. | | | X | |
| 12 | **Health, Safety and Environment** – Complying with procedures for a safe and healthy work environment. | | | X | |
| ***Workplace Competencies for Engineering*** | | | | | N/A |
| 13 | Read and Understand Basic Mechanical Drawings | | | | |
| 14 | Read And Understand Electrical Drawings | | | | |
| 15 | General Soldering Skills | | | | |
| 16 | Micro-Soldering Skills | | | | |
| 17 | General Mechanical Assy Skills | | | | |
| 18 | Micro-Assembly Skills | | | | |
| 19 | Basic PC/MS Office Skills | | | | |
| 20 | P.C.B. Assy Experience (Manual) | | | | |
| 21 | Advanced PC/MS Office Skills | | | | |
| 22 | P.C.B. Inspection Experience (Manual) | | | | |
| 23 | Spot Welding Experience | | | | |
| 24 | Experience Using Assembly/Electrical Tools | | | | |
| 25 | Experience Using Oscilloscope | | | | |
| 26 | Basic Understanding Of B.O.M.'S | | | | |
| 27 | Ability To Use Measuring Tools & Gauges | | | | |
| | *<provide additional competencies here, if necessary>* | | | | |
| ***Workplace Competencies for Sales*** | | | | | |
| | *<provide additional competencies here, if applicable>* | | | | |
| | | | | | |

*This document and the information contained in it are confidential and are proprietary of Beyond Air, Inc.*