OVATION TRAVEL GROUP
An American Express Global Business Travel Company

Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency locator: **YCZMIP**

ITINERARY VERSION 2 OF 2 - APR 02, 2023
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.

*Effective May 7, 2025, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.*

View your itinerary on our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Car** | Mon Apr 10, 2023-<br>Thu Apr 13, 2023<br>LAGUARDIA ARPT,EAST ELMHURST,NY | National | 11:00 AM | |
| **Flight** | Mon Apr 10, 2023<br>Denver(DEN) - La Guardia, New York, NY (LGA) | United Airlines UA551 | 4:10 PM-<br>9:57 PM | Check in |
| **Hotel** | Mon Apr 10, 2023-<br>Thu Apr 13, 2023<br>COURTYARD WESTBURY MARRIOTT | Courtyard By Marriott | | |
| **Flight** | Thu Apr 13, 2023<br>La Guardia, New York, NY(LGA) - Denver (DEN) | United Airlines UA1883 | 7:30 AM-<br>10:00 AM | Check in |

**Links**
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

**National**
**LAGUARDIA ARPT ,EAST ELMHURST ,NY**

| | | | |
|---|---|---|---|
| **Pick up** | Mon Apr 10, 2023 Time 11:00 AM | **Drop off** | Thu Apr 13, 2023 |
| **Rental location** | LAGUARDIA ARPT ,EAST ELMHURST ,NY | **Return location** | LAGUARDIA ARPT ,EAST ELMHURST ,NY |
| **Type** | Intermediate,2/4 Door,Auto,Air Con | | |
| **Confirmatic** | 1347705310RESRV | **Phone** | [redacted] |
| **Rate** | USD78.00/DAY-Unlimited Miles | **Frequent renter ID** | [redacted] |
| **Approx. total** | USD316.09 | **Drop off charge** | 0.00 |
| **Special requests** | | **Special info.** | |

| UA 551 | Denver<br>Denver (DEN) | > | New York City<br>La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Mon Apr 10, 2023 4:10 PM | **Arrival** | Mon Apr 10, 2023 9:57 PM |
| **Departure terminal** | | **Arrival terminal** | B |
| **Class** | ECONOMY | **Airline check in ID** | EWXCR2 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:47 | **Ticket number** | [redacted] |
| **Seat** | 8A | **Frequent flyer** | [redacted] |
| **Equipment** | Airbus A319 | **Air miles** | 1632 |

Check in  Baggage  More flight information

| COURTYARD WESTBURY MARRIOTT<br>1800 PRIVADO ROAD., WESTBURY NY 11590, US | | | |
|---|---|---|---|
| **Check in** | Mon Apr 10, 2023 | **Check out** | Thu Apr 13, 2023 |
| **Status** | Confirmed | **Duration** | 3 nights |
| **Room** | BEYOND AIR<br>BEYOND AIR, GUEST ROOM, 1 KING, SOFA BED<br>AN INCIDENTAL DEPOSIT OF USD 20 PER NIGHT OR USD 250 PER WEEKEND WILL BE HELD AT CHECK-IN. SMOKING FINE IS USD 250.<br>PARKING FEE IS USD 10 PER DAY AS OF AUGUST 1, 2022.<br>MAX OCCUPANCY- 3 GUESTS<br>1 KING, SOFA BED, MINI FRIDGE,<br>MICROWAVE, 378SQFT 34SQM, LIVING SITTING AREA,<br>WIRELESS INTERNET, COMPLIMENTARY | | |
| **Rate** | USD139.00 | **Approx. total** | USD465.48 |
| **Telephone no.** | 1-516-5421001 | **Fax** | 1-516-5421011 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | 77462416 | **Freq. guest ID** | [redacted] |
| **Special info.** | NONSMOKING | | |
| **Remarks** | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

| UA 1883 | New York City<br>La Guardia, New York, NY (LGA) | > | Denver<br>Denver (DEN) |
|---|---|---|---|
| **Departure** | Thu Apr 13, 2023 7:30 AM | **Arrival** | Thu Apr 13, 2023 10:00 AM |
| **Departure terminal** | B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | EWXCR2 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:30 | **Ticket number** | [redacted] |
| **Seat** | 11C | **Frequent flyer** | [redacted] |
| **Equipment** | Airbus A319 | **Air miles** | 1632 |

Check in  Baggage  More flight information

## Invoice/Ticket information for GRIEBEL/JEFFREY LYNN

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | $324.99 | | | | |
| **Ticket**: | 0167899508687 | **Invoice**: | 1180372 | **Amount**: | $316.99 |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 30-Mar-2023 | | |
| | | **Invoice**: | 1180560 | **Amount**: | $0.00 |
| **Payment**: | Check | **Date**: | 02-Apr-2023 | | |
| **Service fee**: | 8900847634837 | | | **Amount**: | $8.00 |
| **Description**: | | | | | ONLINE BOOKING |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 30-Mar-2023 | | |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value
- COVID-19 Updates: Click here to access Travel Vitals™ for the latest information and advisories for your upcoming itinerary.

  Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863

Your access code is N9L0.

## Other information and remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Download GOvation, Ovation’s complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedbackhere.**

GBT Travel Services UK Limited (GBT UK) and its authorized sublicensees (including Ovation Travel Group and Egencia) use certain trademarks and service marks of American Express Company or its subsidiaries (American Express) in the “American Express Global Business Travel” and "American Express Meetings & Events” brands and in connection with its business for permitted uses only under a limited license from American Express (Licensed Marks). The Licensed Marks are trademarks or service marks of, and the property of, American Express, GBT UK is subsidiary of Global Business Travel Group, Inc. (NYSE: GBTG). American Express holds a minority interest in GBTG, which operates as a separate company from American Express.

OVATION TRAVEL GROUP
An American Express Global Business Travel Company

Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency Locator: **QZFIZH**

ITINERARY VERSION 1 OF 1 - JUN 18, 2022
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.

View your itinerary on our app: iPhone or Android

*Effective May 3, 2023, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id .*

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Wed Jun 29, 2022 Denver(DEN) - La Guardia, New York, NY(LGA) | United Airlines UA1457 | 11:16 AM- 5:08 PM | Check in |
| **Hotel** | Wed Jun 29, 2022- Fri Jul 01, 2022 COURTYARD WESTBURY MARRIOTT | Courtyard By Marriott | | |
| **Flight** | Fri Jul 01, 2022 La Guardia, New York, NY(LGA) - Denver(DEN) | United Airlines UA2624 | 7:59 AM- 10:20 AM | Check in |

**Links**
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

**Print version**

| **UA 1457** | **Denver Denver (DEN)** | **New York City La Guardia, New York, NY (LGA)** | |
|---|---|---|---|
| **Departure** | Wed Jun 29, 2022 11:16 AM | **Arrival** | Wed Jun 29, 2022 5:08 PM |
| **Departure terminal** | | **Arrival terminal** | B |
| **Class** | ECONOMY | **Airline check in ID** | FPQJH8 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:52 | **Ticket number** | [redacted] |
| **Seat** | | **Frequent flyer** | [redacted] |
| **Equipment** | Airbus A320 | **Air miles** | 1632 |

**Check in** **Baggage** More flight information

| | | | |
|---|---|---|---|
| **COURTYARD WESTBURY MARRIOTT**<br>**1800 PRIVADO ROAD., WESTBURY NY 11590, US** | | | |
| **Check in** | Wed Jun 29, 2022 | **Check out** | Fri Jul 01, 2022 |
| **Status** | Confirmed | **Duration** | 2 nights |
| **Room** | BEYOND AIR<br>BEYOND AIR, GUEST ROOM, 1 KING, SOFA BED<br>MAX OCCUPANCY- 3 GUESTS<br>1 KING, SOFA BED, MINI FRIDGE,<br>MICROWAVE, 378SQFT 34SQM, LIVING SITTING AREA,<br>WIRELESS INTERNET, COMPLIMENTARY | | |
| **Rate** | USD139.00 | **Approx. total** | USD310.32 |
| **Telephone no.** | 1-516-5421001 | **Fax** | 1-516-5421011 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | [redacted] | **Freq. guest ID** | [redacted] |
| **Special info.** | NONSMOKING | | |
| **Remarks** | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

| | | | |
|---|---|---|---|
| **UA 2624** | **New York City**<br>**La Guardia, New York, NY (LGA)** | | **Denver**<br>**Denver (DEN)** |
| **Departure** | Fri Jul 01, 2022 7:59 AM | **Arrival** | Fri Jul 01, 2022 10:20 AM |
| **Departure terminal** | B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | FPQJH8 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:21 | **Ticket number** | [redacted] |
| **Seat** | | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

☑ **Check in** **Baggage** More flight information

**Invoice/Ticket information for GRIEBEL/JEFFREY LYNN**

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount** : | $533.38 | | | | |
| **Ticket**: | 0167772442123 | **Invoice**: | 1140199 | **Amount**: | $525.38 |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 17-Jun-2022 | | |
| **Service fee**: | 8900823727228 | **Date**: | 17-Jun-2022 | **Amount**: | $8.00 |
| **Description**: | | | | | ONLINE BOOKING |
| **Payment**: | | | | | AXXXXXXXXXXXX[redacted] |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value
- COVID-19 Updates: Click here to access Travel Vitals™ for the latest information and advisories for your upcoming itinerary.

  Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863
Your access code is N9L0.

## Other information and remarks

- Download GOvation, Ovation's complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedback here.**

Ovation Travel Group is wholly owned by American Express Global Business Travel (GBT). GBT is a joint venture that is not wholly owned by American Express Company or any of its subsidiaries (American Express). "American Express Global Business Travel", "American Express", and the American Express logo are trademarks of American Express and are used under limited license. "American Express Meetings & Events" is a division of GBT.

View your full itinerary online

OVATION
TRAVEL GROUP
An American Express Global Business Travel Company

Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency Locator: **HEYVFN**

**Please be aware that some hotels are requiring guests to provide proof of vaccination at time of check-in. Failure to comply may result in you being denied check-in. If you have any questions, contact Ovation or the hotel directly prior to the cancellation policy.**

ITINERARY VERSION 1 OF 1 - MAY 23, 2022
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.
*Effective May 3, 2023, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.*

View your itinerary on our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Sun Jun 05, 2022 Denver(DEN) - La Guardia, New York, NY(LGA) | United Airlines UA442 | 3:10 PM- 9:00 PM | Check in |
| **Hotel** | Sun Jun 05, 2022- Wed Jun 08, 2022 COURTYARD WESTBURY MARRIOTT | Courtyard By Marriott | | |
| **Flight** | Wed Jun 08, 2022 La Guardia, New York, NY(LGA) - Denver(DEN) | United Airlines UA2624 | 7:59 AM- 10:20 AM | Check in |

**Links**
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

**Print version**

| UA 442 | DENVER Denver (DEN) | | NEW YORK CITY La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Sun Jun 05, 2022 3:10 PM | **Arrival** | Sun Jun 05, 2022 9:00 PM |
| **Departure terminal** | | **Arrival terminal** | T-B |
| **Class** | ECONOMY | **Airline check in ID** | M2C4W6 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:50 | **Ticket number** | [redacted] |
| **Seat** | | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

**Check in** **Baggage** More flight information

## COURTYARD WESTBURY MARRIOTT
## 1800 PRIVADO ROAD., WESTBURY NY 11590, US

| | | | |
|---|---|---|---|
| **Check in** | Sun Jun 05, 2022 | **Check out** | Wed Jun 08, 2022 |
| **Status** | Confirmed | **Duration** | 3 nights |
| **Room** | BEYOND AIR<br>BEYOND AIR, GUEST ROOM, 1 KING, SOFA BED<br>CUSTOMERS SHOULD REVIEW GOVERNMENT TRAVEL GUIDANCE TO CONFIRM ELIGIBILITY AND REQUIREMENTS FOR TRAVEL. SEE TRAVELGUIDANCE.MARRIOTT.COM.<br>MAX OCCUPANCY- 3 GUESTS<br>1 KING, SOFA BED, MINI FRIDGE,<br>MICROWAVE, 378SQFT 34SQM, LIVING SITTING AREA,<br>WIRELESS INTERNET, COMPLIMENTARY | | |
| **Rate** | USD139.00 | **Approx. total** | USD465.48 |
| **Telephone no.** | 1-516-5421001 | **Fax** | 1-516-5421011 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | [redacted] | **Freq. guest ID** | [redacted] |
| **Special info.** | NONSMOKING | | |
| **Remarks** | CANCEL 1 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

## UA 2624 NEW YORK CITY La Guardia, New York, NY (LGA) > DENVER Denver (DEN)

| | | | |
|---|---|---|---|
| **Departure** | Wed Jun 08, 2022 7:59 AM | **Arrival** | Wed Jun 08, 2022 10:20 AM |
| **Departure terminal** | T-B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | M2C4W6 |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:21 | **Ticket number** | 0167767212827 |
| **Seat** | | **Frequent flyer** | UU806891 |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

✓ Check in    Baggage    More flight information

## Invoice/Ticket information for JEFFREY LYNN GRIEBEL

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | $576.79 | | | | |
| **Ticket**: | 0167767212827 | **Invoice**: | 1135905 | **Amount**: | $568.79 |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 23-May-2022 | | |
| **Service fee**: | 8900822691980 | **Date**: | 23-May-2022 | **Amount**: | $8.00 |
| **Description**: | | | | | ONLINE BOOKING |
| **Payment**: | | | | | AXXXXXXXXXXXX1009 |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value
- COVID-19 Updates: Click here to access Travel Vitals™ for the latest information and advisories for your upcoming itinerary.

  Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863
Your access code is N9L0.

## Other information and remarks

- Download GOvation, Ovation's complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedback here.**

Ovation Travel Group is wholly owned by American Express Global Business Travel (GBT). GBT is a joint venture that is not wholly owned by American Express Company or any of its subsidiaries (American Express). "American Express Global Business Travel", "American Express", and the American Express logo are trademarks of American Express and are used under limited license. "American Express Meetings & Events" is a division of GBT.

View your full itinerary online

Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency Locator: **FSKOKV**

ITINERARY VERSION 1 OF 1 - SEP 01, 2022
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.
*Effective May 3, 2023, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id .*

View your itinerary on our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Tue Sep 06, 2022 Denver(DEN) - La Guardia, New York, NY(LGA) | United Airlines UA411 | 11:16 AM- 5:01 PM | Check in |
| **Hotel** | Tue Sep 06, 2022- Fri Sep 09, 2022 COURTYARD WESTBURY MARRIOTT | Courtyard By Marriott | | |
| **Flight** | Fri Sep 09, 2022 La Guardia, New York, NY(LGA) - Denver(DEN) | United Airlines UA2624 | 7:55 AM- 10:15 AM | Check in |

**Links**
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

**Print version**

| UA 411 | Denver Denver (DEN) | > | New York City La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Tue Sep 06, 2022 11:16 AM | **Arrival** | Tue Sep 06, 2022 5:01 PM |
| **Departure terminal** | | **Arrival terminal** | B |
| **Class** | ECONOMY | **Airline check in ID** | DECRGF |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:45 | **Ticket number** | [redacted] |
| **Seat** | 31E | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

**Check in** **Baggage** More flight information

## COURTYARD WESTBURY MARRIOTT
## 1800 PRIVADO ROAD., WESTBURY NY 11590, US

| | | | |
|---|---|---|---|
| **Check in** | Tue Sep 06, 2022 | **Check out** | Fri Sep 09, 2022 |
| **Status** | Confirmed | **Duration** | 3 nights |
| **Room** | BEYOND AIR<br>BEYOND AIR, GUEST ROOM, 2 QUEEN-S-<br>AN INCIDENTAL DEPOSIT OF USD 20 PER NIGHT OR USD 250 PER WEEKEND WILL BE HELD AT CHECK-IN. SMOKING FINE IS USD 250.<br>PARKING FEE IS USD 10 PER DAY AS OF AUGUST 1, 2022.<br>MAX OCCUPANCY- 4 GUESTS<br>2 QUEEN-S-, MINI FRIDGE,<br>MICROWAVE, 420SQFT 38SQM, WIRELESS INTERNET,<br>COMPLIMENTARY, COFFEE TEA MAKER | | |
| **Rate** | USD139.00 | **Approx. total** | USD465.48 |
| **Telephone no.** | 1-516-5421001 | **Fax** | 1-516-5421011 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | 73165050 | **Freq. guest ID** | [redacted] |
| **Special info.** | NONSMOKING | | |
| **Remarks** | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

## UA 2624 — New York City, La Guardia, New York, NY (LGA) > Denver, Denver (DEN)

| | | | |
|---|---|---|---|
| **Departure** | Fri Sep 09, 2022 7:55 AM | **Arrival** | Fri Sep 09, 2022 10:15 AM |
| **Departure terminal** | B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | DECRGF |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:20 | **Ticket number** | 0167786447725 |
| **Seat** | | **Frequent flyer** | UU806891 |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

☑ **Check in** **Baggage** More flight information

## Invoice/Ticket information for GRIEBEL/JEFFREY LYNN

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount** : | $529.85 | | | | |
| **Ticket**: | 0167786447725 | **Invoice**: | 1149875 | **Amount**: | $521.85 |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 31-Aug-2022 | | |
| **Service fee**: | 8900826609554 | **Date**: | 31-Aug-2022 | **Amount**: | $8.00 |
| **Description**: | | | | | ONLINE BOOKING |
| **Payment**: | | | | | AXXXXXXXXXXXX[redacted] |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value
- COVID-19 Updates: Click here to access Travel Vitals™ for the latest information and advisories for your upcoming itinerary.

  Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863
Your access code is N9L0.

## Other information and remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Download GOvation, Ovation's complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedback here.**

GBT Travel Services UK Limited (GBT UK) and its authorized sublicensees (including Ovation Travel Group and Egencia) use certain trademarks and service marks of American Express Company or its subsidiaries (American Express) in the "American Express Global Business Travel" and "American Express Meetings & Events" brands and in connection with its business for permitted uses only under a limited license from American Express (Licensed Marks). The Licensed Marks are trademarks or service marks of, and the property of, American Express, GBT UK is subsidiary of Global Business Travel Group, Inc. (NYSE: GBTG). American Express holds a minority interest in GBTG, which operates as a separate company from American Express.

View your full itinerary online

UNITED

Mon, Feb 21, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## B7SGNE

Flight 1 of 3 UA406 — Class: United Economy (K)

| Departure | Arrival |
|---|---|
| Sun, Feb 13, 2022 | Sun, Feb 13, 2022 |
| 03:50 PM | 09:25 PM |
| Denver, CO, US (DEN) | New York, NY, US (LGA) |

Flight 2 of 3 UA4565 — Class: United First (PZ)

| Departure | Arrival |
|---|---|
| Fri, Feb 18, 2022 | Fri, Feb 18, 2022 |
| 10:15 AM | 11:41 AM |
| New York, NY, US (LGA) | Washington, DC, US (IAD) |

Flight Operated by GoJet Airlines dba United Express.

Flight 3 of 3 UA2074 — Class: United Economy (V)

| Departure | Arrival |
|---|---|
| Fri, Feb 18, 2022 | Fri, Feb 18, 2022 |
| 12:45 PM | 02:48 PM |
| Washington, DC, US (IAD) | Denver, CO, US (DEN) |

Traveler Details

GRIEBEL/JEFFREYLYNN

eTicket number: [redacted]

Frequent Flyer: [redacted] **Premier Platinum**

Seats: **DEN-LGA -----**

**LGA-IAD 03A**

BEYOND 000078

**IAD-DEN 07F**

Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1009** |
| Date of purchase: | **Mon, Feb 07, 2022** |
| Airfare: | **346.98 USD** |
| U.S. Transportation Tax: | **26.02 USD** |
| U.S. Flight Segment Tax: | **13.50 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **13.50 USD** |
| Total Per Passenger: | **411.20 USD** |
| **Total:** | **411.20 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Feb 13, 2022 Denver, CO, US (DEN) to New York, NY, US (LGA - LaGuardia) | 0.0 USD | 0.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |
| Fri, Feb 18, 2022 New York, NY, US (LGA - LaGuardia) to Denver, CO, US (DEN) | 0.0 USD | 0.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler’s frequent flyer program, the traveler’s frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure.

Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement -** Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html

### Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy View our Legal Notices

AMEX GBT

# Ovation



Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency locator: **MHRJMC**

ITINERARY VERSION 1 OF 1 - JUN 17, 2024

We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.

*Effective May 7, 2025, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.*

View your itinerary on our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Mon Jul 15, 2024<br>Denver(DEN) - La Guardia, New York, NY(LGA) | United Airlines UA1105 | 2:05 PM-<br>7:56 PM | Check in |
| **Flight** | Thu Jul 18, 2024<br>La Guardia, New York, NY(LGA) - Denver(DEN) | United Airlines UA297 | 7:10 PM-<br>9:44 PM | Check in |

Links
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

| UA 1105 | Denver<br>Denver (DEN) | > | New York City<br>La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Mon Jul 15, 2024 2:05 PM | **Arrival** | Mon Jul 15, 2024 7:56 PM |
| **Departure terminal** | | **Arrival terminal** | B |
| **Class** | ECONOMY | **Airline check in ID** | MWC45K |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:51 | **Ticket number** | [redacted] |
| **Seat** | 21C | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

**Greenhouse gas emissions** 281kg CO2e/person

☑ Check in    Baggage

| UA 297 | New York City<br>La Guardia, New York, NY (LGA) | | Denver<br>Denver (DEN) |
|---|---|---|---|
| **Departure** | Thu Jul 18, 2024 7:10 PM | **Arrival** | Thu Jul 18, 2024 9:44 PM |
| **Departure terminal** | B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | MWC45K |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:34 | **Ticket number** | [redacted] |
| **Seat** | | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |
| **Greenhouse gas emissions** | 281kg CO2e/person | | |

Check in | Baggage

## Greenhouse gas emissions

**Total greenhouse gas emissions for this trip:** 562kg CO2e/person

**Greenhouse gas emissions:** The total emissions value for this itinerary includes air travel only. Emissions for each individual flight are displayed in the flight details section. For more information on carbon emissions please refer to https://www.amexglobalbusinesstravel.com/sustainable-products-and-platforms/

## Invoice/Ticket information for GRIEBEL/JEFFREY LYNN

| | | | | | |
|---|---|---|---|---|---|
| **Total invoiced amount:** | $484.95 | | | | |
| **Ticket:** | 0167077811655 | **Invoice:** | 1235224 | **Amount:** | $476.95 |
| **Payment:** | AXXXXXXXXXXXX[redacted] | **Date:** | 17-Jun-2024 | | |
| **Service fee:** | 5617773326 | | | **Amount:** | $8.00 |
| **Description:** | | | | | OL BOOKING |
| **Payment:** | AXXXXXXX[redacted] | **Date:** | 17-Jun-2024 | | |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value

## Travel assistance contact information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863

Your access code is N9L0.

## Other information and remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Download GOvation, Ovation's complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

We value your input and welcome you to provide your feedback here.

This email was sent from GBT US LSSC,
666 Third Avenue,
Suite 401,
New York, NY 10017

GBT Travel Services UK Limited (GBT UK) and its authorized sublicensees (including Ovation Travel Group and Egencia) use certain trademarks and service marks of American Express Company or its subsidiaries (American Express) in the “American Express Global Business Travel” and “American Express GBT Meetings & Events” brands and in connection with its business for permitted uses only under a limited license from American Express (Licensed Marks). The Licensed Marks are trademarks or service marks of, and the property of, American Express. GBT UK is a subsidiary of Global Business Travel Group, Inc. (NYSE: GBTG). American Express holds a minority interest in GBTG, which operates as a separate company from American Express.

A confirmation email has been sent to: **JLGRIEBEL@GMAIL.COM**

## Trip information

Confirmation number:

# CJ475G

Denver, CO, US (DEN) to New York, NY, US (LGA)

## Purchase summary

| | |
|---|---|
| 1 Adult (18-64) | $174.88 |
| Taxes and fees | $42.32 |
| 1 adult (18-64): | $42.32 /person |
| U.S. Transportation Tax | $6.56 |
| U.S. Transportation Tax | $6.56 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |
| September 11th Security Fee | $5.60 |
| **Total** | **$217.20** |

Credit card payment: $217.20 (American Express-**1009)

## Trip summary

### Monday, January 31, 2022

9:50 am ✈ 3:31 pm Nonstop
**Denver, CO, US (DEN)** **New York, NY, US (LGA)** 3h 41m total

**Denver, CO, US (DEN) to New York, NY, US (LGA)** United Economy (K)
9:50 am - 3:31 pm (3h 41m) Meals for purchase
**UA 423** | Airbus A320

### Thursday, February 03, 2022

12:10 pm ✈ 2:45 pm Nonstop
**New York, NY, US (LGA)** **Denver, CO, US (DEN)** 4h 35m total

**New York, NY, US (LGA) to Denver, CO, US (DEN)** United Economy (K)
12:10 pm - 2:45 pm (4h 35m) Meals for purchase
**UA 1568** | Boeing 737-800

## Travelers

Jeffrey Griebel

| | | |
|---|---|---|
| DEN to LGA | 21C | Economy Plus® |
| LGA to DEN | 20D | Economy Plus® |

Date of birth: [redacted]
Gender: M
Known Traveler/Pass ID: *********
Frequent flyer: [redacted]
Email address: JLGRIEBEL@gmail.com
Home phone: +1 3032468241

### Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx) . Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/)

~$MOBILEPASS$~

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx) .

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the U.S. This tax also applies to certain itineraries between the U.S. and Canada or Mexico. You will not earn PQP or miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQP or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

### Important baggage information

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US/content/travel/baggage/default.aspx) .

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Mon, Jan 31, 2022**<br>Denver, CO, US (DEN)<br>to New York, NY, US (LGA) | ~~$30~~$0 per traveler | ~~$40~~$0 per traveler | 70 lbs (32 kgs) |
| **Thu, Feb 03, 2022**<br>New York, NY, US (LGA)<br>to Denver, CO, US (DEN) | ~~$30~~$0 per traveler | ~~$40~~$0 per traveler | 70 lbs (32 kgs) |

Savings may apply when you buy checked bags online at least 24 hours before departure.

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage(https://www.united.com/ual/en/us/fly/travel/baggage.html).

BEYOND 000085

Expedia

# Receipt for Itinerary #72232737927237

Jan 31, 2022 - Feb 3, 2022

## Booked Items

**Hotel:** Long Island Marriott

101 James Doolittle Blvd, Uniondale, NY11553

Check-in: 1/31/2022 | Check-out: 2/3/2022, 1 room| 3 nights

## Traveler Information

**JEFFREY L GRIEBEL**

Room 1: Room, 1 King Bed, Non Smoking

## Cost Summary

**Booked Date:** Jan 17, 2022

| | |
|---|---|
| **Room Price** | **$389.56** |
| **3 nights** | $116.33 avg./night |
| Mon, Jan 31 | $111.00 |
| Tue, Feb 1 | $119.00 |
| Wed, Feb 2 | $119.00 |
| Taxes & Fees | $40.56 |

Total: **$389.56**
Collected by Expedia

Paid: **$389.56**
[AmericanExpress 1009]
All prices quoted in USD.

COURTYARD®
BY MARRIOTT

**Courtyard by Marriott®** New York Manhattan Upper East Side
410 East 92nd Street, New York, NY 10128 **P** 212.410.6777
**Marriott.com/NYCMH**

Jeff/Mr Griebel
4141 Combine Pl
Brighton CO 80601-4294

Room: 615
Room Type: GENR
Number of Guests: 1
Rate: $360.05 Clerk: BPA

Arrive: 16Nov22 Time: 08:58PM Depart: 18Nov22 Time: 12:49PM Folio Number: 59097

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 03Nov22 | Advance Deposit | | 797.11 |
| 16Nov22 | Market Beverage | 3.67 | |
| 16Nov22 | Restaurant Tax | 0.33 | |
| 16Nov22 | Room Charge | 331.55 | |
| 16Nov22 | Occupancy Sales Tax | 13.26 | |
| 16Nov22 | City Sales Tax | 16.16 | |
| 16Nov22 | City Tax | 19.48 | |
| 16Nov22 | Sales Tax Other Room Tax | 2.00 | |
| 16Nov22 | State Occupancy Tax | 1.50 | |
| 17Nov22 | Room Charge | 360.05 | |
| 17Nov22 | Occupancy Sales Tax | 14.40 | |
| 17Nov22 | City Sales Tax | 17.55 | |
| 17Nov22 | City Tax | 21.15 | |
| 17Nov22 | Sales Tax Other Room Tax | 2.00 | |
| 17Nov22 | State Occupancy Tax | 1.50 | |
| 18Nov22 | American Express<br>*Card #: AXXXXXXXXXXXXX[redacted]*<br>*Card Type: AMEX Card Entry: MANUAL Approval Code: 155369* | | 7.49 |

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

COURTYARD®
BY MARRIOTT

**Courtyard by Marriott**® New York Manhattan Upper East Side
410 East 92nd Street, New York, NY 10128 **P** 212.410.6777
**Marriott.com/NYCMH**

Jeff/Mr Griebel
4141 Combine Pl
Brighton CO 80601-4294

Room: 806
Room Type: GENR
Number of Guests: 1
Rate: $239.00 Clerk: BPA

Arrive: 14Nov22 Time: 05:38PM Depart: 15Nov22 Time: 02:54PM Folio Number: 59095

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 14Nov22 | Room Charge | 239.00 | |
| 14Nov22 | Occupancy Sales Tax | 9.56 | |
| 14Nov22 | City Sales Tax | 11.65 | |
| 14Nov22 | City Tax | 14.04 | |
| 14Nov22 | Sales Tax Other Room Tax | 2.00 | |
| 14Nov22 | State Occupancy Tax | 1.50 | |
| 15Nov22 | American Express | | 277.75 |

*Card #: AXXXXXXXXXXXXX[redacted]*
*Card Type: AMEX Card Entry: MANUAL Approval Code: 162076*

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

# COURTYARD
BY MARRIOTT

**Courtyard by Marriott®** Courtyard Westbury Long Island
1800 Privado Road, Westbury, NY 11590 **P** 516.542.1001
**Marriott.com/NYCBL**

J. Griebel

Room: 406
Room Type: QNQN
Number of Guests: 1
Rate: $139.00 Clerk:

Arrive: 06Sep22 Time: 08:01PM Depart: 09Sep22 Time: 12:00PM Folio Number: 75857

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 06Sep22 | Room Charge | 139.00 | |
| 06Sep22 | State Occupancy Tax | 11.99 | |
| 06Sep22 | Occupancy Sales Tax | 4.17 | |
| 06Sep22 | Daily Parking | 10.00 | |
| 07Sep22 | Restaurant Room Charge | 7.48 | |
| 07Sep22 | Restaurant Room Charge | | 7.48 |
| 07Sep22 | Restaurant Room Charge | 7.48 | |
| 07Sep22 | Restaurant Room Charge | | 7.48 |
| 07Sep22 | Restaurant Room Charge | 7.48 | |
| 07Sep22 | Room Charge | 139.00 | |
| 07Sep22 | State Occupancy Tax | 11.99 | |
| 07Sep22 | Occupancy Sales Tax | 4.17 | |
| 07Sep22 | Daily Parking | 10.00 | |
| 08Sep22 | Room Charge | 139.00 | |
| 08Sep22 | State Occupancy Tax | 11.99 | |
| 08Sep22 | Occupancy Sales Tax | 4.17 | |
| 08Sep22 | Daily Parking | 10.00 | |
| 09Sep22 | American Express | | 502.96 |

*Card #: AXXXXXXXXXXXXX[redacted]*
*Amount: 502.96 Auth: 190114*
*This card was electronically swiped on 06Sep22*

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

COURTYARD®
BY MARRIOTT

**Courtyard by Marriott®** Courtyard Westbury Long Island
1800 Privado Road, Westbury, NY 11590 **P** 516.542.1001
**Marriott.com/NYCBL**

Jeff/Mr Griebel
4141 Combine Pl
Brighton CO 80601-4294
Business

Room: 332
Room Type: KING
Number of Guests: 1
Rate: $139.00
Clerk: SYS

Arrive: 29Jun22 Time: 06:28PM Depart: 30Jun22 Time: 06:37AM Folio Number: 69324

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 29Jun22 | Restaurant Room Charge | 38.10 | |
| 29Jun22 | Room Charge | 139.00 | |
| 29Jun22 | State Occupancy Tax | 11.99 | |
| 29Jun22 | Occupancy Sales Tax | 4.17 | |
| 30Jun22 | Restaurant Room Charge | 6.17 | |
| 30Jun22 | Room Charge | 139.00 | |
| 30Jun22 | State Occupancy Tax | 11.99 | |
| 30Jun22 | Occupancy Sales Tax | 4.17 | |
| 01Jul22 | American Express | | 354.59 |
| | *Card #: AXXXXXXXXXXXXX[redacted]*<br>*Card Type: AMEX Card Entry: MANUAL Approval Code: 105514* | | |

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

COURTYARD®
BY MARRIOTT

**Courtyard by Marriott®** Courtyard Westbury Long Island
1800 Privado Road, Westbury, NY 11590 **P** 516.542.1001
**Marriott.com/NYCBL**

| | | | | |
|---|---|---|---|---|
| Jeff/Mr Griebel | | | Room: 330 | |
| 4141 Combine Pl | | | Room Type: KING | |
| Brighton CO 80601-4294 | | | Number of Guests: 1 | |
| Beyond Air | | | Rate: $139.00 | Clerk: AZG |
| Arrive: 05Jun22 | Time: 05:48PM | Depart: 08Jun22 | Time: 01:25PM | Folio Number: 67082 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 05Jun22 | Room Charge | 139.00 | |
| 05Jun22 | State Occupancy Tax | 11.99 | |
| 05Jun22 | Occupancy Sales Tax | 4.17 | |
| 06Jun22 | Room Charge | 139.00 | |
| 06Jun22 | State Occupancy Tax | 11.99 | |
| 06Jun22 | Occupancy Sales Tax | 4.17 | |
| 07Jun22 | Room Charge | 139.00 | |
| 07Jun22 | State Occupancy Tax | 11.99 | |
| 07Jun22 | Occupancy Sales Tax | 4.17 | |
| 08Jun22 | American Express<br>*Card #: AXXXXXXXXXXXXX[redacted]*<br>*Card Type: AMEX Card Entry: MANUAL Approval Code: 162700* | | 465.48 |

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**Courtyard Westbury Long Island**
1800 Privado Road
Westbury, NY 11590 US
+1 516-542-1001

## Summary of Charges

| | | | |
|---|---|---|---|
| **Guest Information** | JEFF L GRIEBEL<br>4141 COMBINE PL<br>BRIGHTON, CO 806014294 US | **Dates of Stay** | 04/10/2023 - 04/13/2023 |
| | | **Room number** | 512 |
| | | **Guest number** | 92001 |
| | | **Member Number** | ••••••185 |
| | | **Group Number** | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 04/10/2023 | ROOM CHARGE | RB512 | 139.00 | |
| 04/10/2023 | State Occupancy Tax | T2512 | 11.99 | |
| 04/10/2023 | Occupancy Sales Tax | T1512 | 4.17 | |
| 04/10/2023 | Daily Parking | PK512 | 10.00 | |
| 04/10/2023 | Sales Tax | T9512 | 0.86 | |
| 04/11/2023 | Data Service | IB0512 | 5.95 | |
| 04/11/2023 | Data Service Rebate | XT0512 | | 5.95 |
| 04/11/2023 | ROOM CHARGE | RB512 | 139.00 | |
| 04/11/2023 | State Occupancy Tax | T2512 | 11.99 | |
| 04/11/2023 | Occupancy Sales Tax | T1512 | 4.17 | |
| 04/11/2023 | Daily Parking | PK512 | 10.00 | |
| 04/11/2023 | Sales Tax | T9512 | 0.86 | |
| 04/12/2023 | Data Service | IB0512 | 5.95 | |
| 04/12/2023 | Data Service Rebate | XT0512 | | 5.95 |
| 04/12/2023 | ROOM CHARGE | RB512 | 139.00 | |
| 04/12/2023 | State Occupancy Tax | T2512 | 11.99 | |
| 04/12/2023 | Occupancy Sales Tax | T1512 | 4.17 | |
| 04/12/2023 | Daily Parking | PK512 | 10.00 | |
| 04/12/2023 | Sales Tax | T9512 | 0.86 | |
| 04/13/2023 | Data Service | IB0512 | 5.95 | |
| 04/13/2023 | Data Service Rebate | XT0512 | | 5.95 |
| 04/13/2023 | American Express | AX13:11PM | | 498.06 |
| **Total balance** | | | | 0.00 USD |

**Courtyard Westbury Long Island**
1800 Privado Road
Westbury, NY 11590 US
+1 516-542-1001

## Summary of Charges

## Important information

#### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

#### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

#### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

COURTYARD
BY MARRIOTT

**Courtyard by Marriott**® Courtyard Westbury Long Island
1800 Privado Road, Westbury, NY 11590 **P** 516.542.1001
**Marriott.com/NYCBL**

Jeff/Mr Griebel
4141 Combine Pl
Brighton CO 80601-4294
Beyond Air

Room: 224
Room Type: KING
Number of Guests: 1
Rate: $119.00 Clerk: TLC

Arrive: 13Feb22 Time: 04:21PM Depart: 18Feb22 Time: 01:20PM Folio Number: 58040

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 13Feb22 | Room Charge | 119.00 | |
| 13Feb22 | State Occupancy Tax | 10.26 | |
| 13Feb22 | Occupancy Sales Tax | 3.57 | |
| 14Feb22 | Restaurant Room Charge | 7.17 | |
| 14Feb22 | Room Charge | 119.00 | |
| 14Feb22 | State Occupancy Tax | 10.26 | |
| 14Feb22 | Occupancy Sales Tax | 3.57 | |
| 15Feb22 | Restaurant Room Charge | 7.39 | |
| 15Feb22 | Market Beverage | 3.50 | |
| 15Feb22 | Sales Tax | 0.30 | |
| 15Feb22 | Market Beverage | 8.00 | |
| 15Feb22 | Sales Tax | 0.69 | |
| 15Feb22 | Room Charge | 119.00 | |
| 15Feb22 | State Occupancy Tax | 10.26 | |
| 15Feb22 | Occupancy Sales Tax | 3.57 | |
| 16Feb22 | Restaurant Room Charge | 7.39 | |
| 16Feb22 | Room Charge | 119.00 | |
| 16Feb22 | State Occupancy Tax | 10.26 | |
| 16Feb22 | Occupancy Sales Tax | 3.57 | |
| 17Feb22 | Restaurant Room Charge | 14.46 | |
| 17Feb22 | Market Beverage | 3.50 | |
| 17Feb22 | Sales Tax | 0.30 | |
| 17Feb22 | Market Beverage | 4.00 | |
| 17Feb22 | Sales Tax | 0.35 | |
| 17Feb22 | Market Packaged Food | 2.75 | |
| 17Feb22 | Sales Tax | 0.24 | |
| 17Feb22 | Room Charge | 119.00 | |
| 17Feb22 | State Occupancy Tax | 10.26 | |
| 17Feb22 | Occupancy Sales Tax | 3.57 | |
| 18Feb22 | American Express | | 724.19 |

*Card #: AXXXXXXXXXXXXX[redacted]*
*Card Type: AMEX Card Entry: MANUAL Approval Code: 154575*

**BALANCE:** **0.00**

Operated under license from Marriott International, Inc. or one of its affiliates.



Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**Courtyard by Marriott**® Courtyard Westbury Long Island
1800 Privado Road, Westbury, NY 11590 **P** 516.542.1001
**Marriott.com/NYCBL**

| | | | | |
|---|---|---|---|---|
| Jeff/Mr Griebel | | | Room: 224 | |
| 4141 Combine Pl | | | Room Type: KING | |
| Brighton CO 80601-4294 | | | Number of Guests: 1 | |
| Beyond Air | | | Rate: $119.00 | Clerk: TLC |
| Arrive: 13Feb22 | Time: 04:21PM | Depart: 18Feb22 | Time: 01:20PM | Folio Number: 58040 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|

**Marriott Bonvoy Account # XXXXX0185.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

COURTYARD BY MARRIOTT
Courtyard by Marriott Westbury
1800 Privado Road
Westbury, NY 11590
516-542-1001
B I S T R O eat drink connect
70153 Rukjal

---

CHK 4252 TBL 2/65
14 Feb'22 8:13 AM

---

| | |
|---|---|
| 1 GRND MOCHA | 4.75 |
| SUBTOTAL | $4.75 |
| TAX | $0.42 |

8:13 AM
TOTAL DUE $5.17

GRATUITY 2.00

TOTAL 7.17

ROOM NUMBER 224

PRINT LAST NAME [illegible]

SIGNATURE [illegible]

Thank you for joining us
at Courtyard by Marriott !



COURTYARD BY MARRIOTT
Courtyard by Marriott Westbury
1800 Privado Road
Westbury, NY 11590
516-542-1001
B I S T R O eat drink connect
157700 Khamall

CHK 4361 TBL 3/4
16 Feb 22 8:21 AM

1 GRND WHITE MOCHA 4.95

SUBTOTAL $4.95
TAX $0.44
8:22 AM
TOTAL DUE $5.39

GRATUITY 2.00
TOTAL 7.39
ROOM NUMBER 224
PRINT LAST NAME
SIGNATURE
Thank you for joining us
at Courtyard by Marriott !

BEYOND 000097



COURTYARD BY MARRIOTT
Courtyard by Marriott Westbury
1800 Privado Road
Westbury, NY 11590
516-542-1001
B I S T R O eat drink connect
70153 Rukjal

CHK 4410 TBL 3/4
17 Feb'22 8:05 AM

| | |
|---|---|
| 1 GRND LATTE | 4.45 |
| 1 NAKED JUICE | 7.00 |
| GREEN MACHINE | |
| SUBTOTAL | $11.45 |
| TAX | $1.01 |

8:06 AM
TOTAL DUE $12.46

GRATUITY 2.00
TOTAL 14.46
ROOM NUMBER 224
PRINT LAST NAME
SIGNATURE
Thank you for joining us
at Courtyard by Marriott

OVATION TRAVEL GROUP
An American Express Global Business Travel Company

Travel arrangements for **GRIEBEL/JEFFREY LYNN** Agency locator: **SRFGDX**

ITINERARY VERSION 3 OF 3 - NOV 02, 2022
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.
*Effective May 3, 2023, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id .*

View your itinerary on our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Mon Nov 14, 2022 Denver(DEN) - La Guardia, New York, NY(LGA) | United Airlines UA1457 | 11:21 AM- 5:00 PM | Check in |
| **Hotel** | Mon Nov 14, 2022- Tue Nov 15, 2022 COURTYARD UPPER EAST MARRIOTT | Courtyard By Marriott | | |
| **Flight** | Fri Nov 18, 2022 La Guardia, New York, NY(LGA) - Denver(DEN) | United Airlines UA1744 | 1:29 PM- 4:02 PM | Check in |

**Links**
- Traveler Benefits
- Facebook
- LinkedIn

PREFERRED HOTEL PARTNERS PROGRAM

**Print version**

| UA 1457 | Denver Denver (DEN) | | New York City La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Mon Nov 14, 2022 11:21 AM | **Arrival** | Mon Nov 14, 2022 5:00 PM |
| **Departure terminal** | | **Arrival terminal** | B |
| **Class** | ECONOMY | **Airline check in ID** | E1G3RG |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 03:39 | **Ticket number** | [redacted] |
| **Seat** | | **Frequent flyer** | [redacted] |
| **Equipment** | Boeing 737-800 | **Air miles** | 1632 |

**Check in** **Baggage** More flight information

**COURTYARD UPPER EAST MARRIOTT**
**410 EAST 92ND ST, NEW YORK NY 10128, US**

| | | | |
|---|---|---|---|
| **Check in** | Mon Nov 14, 2022 | **Check out** | Tue Nov 15, 2022 |
| **Status** | Confirmed | **Duration** | 1 night |
| **Room** | REGULAR RATE<br>FLEXIBLE RATE, GUEST ROOM, 1 KING<br>UPON EARLY DEPARTURE, AN EARLY DEPARTURE CHARGE OF ONE NIGHT.S ROOM - APPLICABLE TAX APPLIES.<br>MAX OCCUPANCY- 2 GUESTS<br>1 KING, MINI FRIDGE,<br>MICROWAVE, 242SQFT 22SQM, WIRELESS INTERNET, COMPLIMENTARY, WIRED INTERNET, COMPLIMENTARY | | |
| **Rate** | USD239.00 | **Approx. total** | USD277.76 |
| **Telephone no.** | 1-212-4106777 | **Fax** | 1-212-4231236 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | 91019561 | **Freq. guest ID** | 677330185 |
| **Special info.** | NONSMOKING | | |
| **Remarks** | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

**UA 1744** **New York City** **La Guardia, New York, NY (LGA)** → **Denver** **Denver (DEN)**

| | | | |
|---|---|---|---|
| **Departure** | Fri Nov 18, 2022 1:29 PM | **Arrival** | Fri Nov 18, 2022 4:02 PM |
| **Departure terminal** | B | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | E1G3RG |
| **Meal** | Food to buy | **Status** | Confirmed |
| **Duration** | 04:33 | **Ticket number** | [redacted] |
| **Seat** | 11C | **Frequent flyer** | [redacted] |
| **Equipment** | Airbus A319 | **Air miles** | 1632 |

☑ **Check in** **Baggage** More flight information

## Invoice/Ticket information for GRIEBEL/JEFFREY LYNN

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount** : | $408.89 | | | | |
| **Ticket**: | 0167868737782 | **Invoice**: | 1159917 | **Amount**: | $400.89 |
| **Payment**: | AXXXXXXXXXXXX[redacted] | **Date**: | 01-Nov-2022 | | |
| | | **Invoice**: | 1160064 | **Amount**: | $0.00 |
| **Payment**: | Check | **Date**: | 02-Nov-2022 | | |
| | | **Invoice**: | 1160185 | **Amount**: | $0.00 |
| **Payment**: | Check | **Date**: | 02-Nov-2022 | | |
| **Service fee** : | 8900841133654 | **Date**: | 01-Nov-2022 | **Amount**: | $8.00 |
| **Description** : | | | | | ONLINE BOOKING |
| **Payment**: | | | | | AXXXXXXXXXXXX[redacted] |

## Information specific to this trip

- Any changes or cancellations to your United Airlines reservation must be made prior to the scheduled flight departure. Otherwise, the ticket becomes invalid with no residual value
- COVID-19 Updates: Click here to access Travel Vitals™ for the latest information and advisories for your upcoming itinerary.

  Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-419-2863

Your access code is N9L0.

## Other information and remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Download GOvation, Ovation’s complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedback here.**

GBT Travel Services UK Limited (GBT UK) and its authorized sublicensees (including Ovation Travel Group and Egencia) use certain trademarks and service marks of American Express Company or its subsidiaries (American Express) in the "American Express Global Business Travel" and "American Express Meetings & Events" brands and in connection with its business for permitted uses only under a limited license from American Express (Licensed Marks). The Licensed Marks are trademarks or service marks of, and the property of, American Express, GBT UK is subsidiary of Global Business Travel Group, Inc. (NYSE: GBTG). American Express holds a minority interest in GBTG, which operates as a separate company from American Express.