| Employee | Expense Typ | Report Name | Transaction Date | Payment Type | Vendor | City/Location | State/Province/Reg | Purpose | Approved Amount (r | Trip | Hotel & Airfare notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Griebel, Jeffrey Lynn | Airfare | Jan/Feb2022/Home Office Meeti | Jan 17, 2022 12:00:00 AM | American Express | UNITED ELEC TICKETNG | Houston | Texas | Flight for Corporate Office Meetings | 217.20 | Trip from : | Airfare 1/31/22 - 2/3/22 |
| Griebel, Jeffrey Lynn | Hotel | Jan/Feb2022/Home Office Meeti | Jan 31, 2022 12:00:00 AM | American Express | TRAVEL RESERVATION US | Seattle | Washington | Hotel Stay - Corporate Office Meetings | 111.00 | Trip from : | Hotel 1/31/22 - 2/3/22 |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Jan 31, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Corporate office meetings transport from airport | 92.98 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Hotel | Jan/Feb2022/Home Office Meeti | Feb 1, 2022 12:00:00 AM | American Express | TRAVEL RESERVATION US | Seattle | Washington | Hotel Stay - Corporate Office Meetings | 119.00 | Trip from : | Hotel 1/31/22 - 2/3/22 |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Feb 1, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Corporate office meetings Transportation | 12.18 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Feb 1, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Hotel to Office Transportation | 24.02 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Hotel | Jan/Feb2022/Home Office Meeti | Feb 2, 2022 12:00:00 AM | American Express | TRAVEL RESERVATION US | Seattle | Washington | Hotel Stay - Corporate Office Meetings | 119.00 | Trip from : | Hotel 1/31/22 - 2/3/22 |
| Griebel, Jeffrey Lynn | Hotel Tax | Jan/Feb2022/Home Office Meeti | Feb 2, 2022 12:00:00 AM | American Express | TRAVEL RESERVATION US | Seattle | Washington | Hotel Stay - Corporate Office Meetings | 40.56 | Trip from : | Hotel 1/31/22 - 2/3/22 |
| Griebel, Jeffrey Lynn | Lunch | Jan/Feb2022/Home Office Meeti | Feb 2, 2022 12:00:00 AM | American Express | THE HIDEAWAY CAFE | Garden City | New York | Corporate Office Meetings | 8.60 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Feb 2, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Corporate Office Meetings - Local travel | 9.18 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Breakfast | Jan/Feb2022/Home Office Meeti | Feb 3, 2022 12:00:00 AM | American Express | LONG ISLAND MARRIOTT | Hewlett | New York | Corporate Office Meetings | 26.90 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Feb 3, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Corporate Office Meetings | 2.00 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Breakfast | Jan/Feb2022/Home Office Meeti | Feb 4, 2022 12:00:00 AM | American Express | LONG ISLAND MARRIOTT | Hewlett | New York | Corporate Office Meetings | 26.90 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Dinner | Jan/Feb2022/Home Office Meeti | Feb 4, 2022 12:00:00 AM | American Express | LONG ISLAND MARRIOTT | Hewlett | New York | Corporate Office Meetings | 26.81 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Miscellaneous | Jan/Feb2022/Home Office Meeti | Feb 4, 2022 12:00:00 AM | American Express | LONG ISLAND MARRIOTT | Hewlett | New York | Corporate Office Meetings | 6.00 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Taxi | Jan/Feb2022/Home Office Meeti | Feb 4, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Corporate Office Meetings - Hotel to Airport | 54.96 | Trip from 1/31/22 - 2/3/22 | |
| Griebel, Jeffrey Lynn | Airfare | RBM Training | Feb 7, 2022 12:00:00 AM | American Express | UNITED ELEC TICKETNG | Houston | Texas | RBM Device Training | 411.20 | Trip from ; | Airfare 2/13/22 to 2/18/22 |
| Griebel, Jeffrey Lynn | Hotel | RBM Training | Feb 13, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 132.83 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Breakfast | RBM Training | Feb 14, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 7.17 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Hotel | RBM Training | Feb 14, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 132.83 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Taxi | RBM Training | Feb 14, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Airport to hotel transport - Training Meetings | 80.62 | Trip from 2/13/22 - 2/18/22 | |
| Griebel, Jeffrey Lynn | Breakfast | RBM Training | Feb 15, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training | 7.39 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Hotel | RBM Training | Feb 15, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 132.83 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Miscellaneous | RBM Training | Feb 15, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training | 12.49 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Breakfast | RBM Training | Feb 16, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 7.39 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Hotel | RBM Training | Feb 16, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 132.83 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Dinner | RBM Training | Feb 17, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 14.46 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Hotel | RBM Training | Feb 17, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Airport to hotel transport - Training Meetings | 132.83 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Taxi | RBM Training | Feb 17, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Local transport - Training meetings | 42.42 | Trip from 2/13/22 - 2/18/22 | |
| Griebel, Jeffrey Lynn | Taxi | RBM Training | Feb 18, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Hotel to Airport | 93.42 | Trip from 2/13/22 - 2/18/22 | |
| Griebel, Jeffrey Lynn | Taxi | RBM Training | Feb 18, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Transport to hotel | 38.61 | Trip from 2/13/22 - 2/18/22 | |
| Griebel, Jeffrey Lynn | Miscellaneous | RBM Training | Feb 19, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training | 11.14 | Trip from ; | Hotel 2/13/22 - 2/18/22 |
| Griebel, Jeffrey Lynn | Airfare | May Expenses (05/01/2022) | May 23, 2022 12:00:00 AM | American Express | UNITED AIRLINES | Arlington Heights | Illinois | Company Meeting | 568.79 | Trip from ( | Airfare 6/5/22 to 6/8/22 |
| Griebel, Jeffrey Lynn | Breakfast | June Expenses (06/01/2022) | Jun 8, 2022 12:00:00 AM | American Express | LGA FIVE BUROUGHS HALL #6 | Flushing | New York | Company meetings | 18.21 | Trip from 6/5/22 - 6/8/22 | |
| Griebel, Jeffrey Lynn | Taxi | June Expenses (06/01/2022) | Jun 8, 2022 12:00:00 AM | American Express | UBER | San Francisco | California | Company meetings | 57.04 | Trip from 6/5/22 - 6/8/22 | |
| Griebel, Jeffrey Lynn | Hotel | June Expenses (06/01/2022) | Jun 10, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Company meetings | 465.48 | Trip from ( | Hotel 6/5/22 - 6/8/22 |
| Griebel, Jeffrey Lynn | Airfare | June Expenses (06/01/2022) | Jun 17, 2022 12:00:00 AM | American Express | UNITED AIRLINES | Arlington Heights | Illinois | Company meetings | 525.38 | Trip from ( | Airfare 6/29/22 to 7/1/22 |
| Griebel, Jeffrey Lynn | Hotel | July Expenses (07/01/2022) | Jun 29, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Internal Meeting | 155.16 | Trip from ( | Hotel 6/29/22 - 6/30/22 |
| Griebel, Jeffrey Lynn | Hotel | July Expenses (07/01/2022) | Jun 30, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Internal Meeting | 155.16 | Trip from ( | Hotel 6/29/22 - 6/30/22 |
| Griebel, Jeffrey Lynn | Breakfast | July Expenses (07/01/2022) | Jul 1, 2022 12:00:00 AM | American Express | LGA IRVING FARMS #6331418 | Flushing | New York | Internal meeting | 11.52 | Trip from 6/29/22 to 7/1/22 | |
| Griebel, Jeffrey Lynn | Breakfast | July Expenses (07/01/2022) | Jul 2, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Internal Meeting | 6.17 | Trip from 6/29/22 to 7/1/22 | |
| Griebel, Jeffrey Lynn | Dinner | July Expenses (07/01/2022) | Jul 2, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Internal Meeting | 38.10 | Trip from 6/29/22 to 7/1/22 | |
| Griebel, Jeffrey Lynn | Airfare | August Expenses (08/01/2022) | Aug 31, 2022 12:00:00 AM | American Express | UNITED AIRLINES | Arlington Heights | Illinois | Company Meeting and Demos | 521.85 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Hotel | September Expenses (09/01/202 | Sep 6, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training/Hospital Demos | 155.16 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Breakfast | September Expenses (09/01/202 | Sep 7, 2022 12:00:00 AM | American Express | THE MOUNT SINAI HOSPITAL | New York | New York | RBM Training/Hospital Demos | 6.80 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Hotel | September Expenses (09/01/202 | Sep 7, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training/Hospital Demos | 155.16 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Hotel | September Expenses (09/01/202 | Sep 8, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training/Hospital Demos | 155.16 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Breakfast | September Expenses (09/01/202 | Sep 9, 2022 12:00:00 AM | American Express | WELCOME TO LAS VEGAS PREM | Long Island | New York | RBM Training/Hospital Demos | 11.35 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Breakfast | September Expenses (09/01/202 | Sep 10, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training/Hospital Demos | 7.48 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Parking | September Expenses (09/01/202 | Sep 10, 2022 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | RBM Training/Hospital Demos | 30.00 | Trip from 9/6/22 to 9/9/22 | |
| Griebel, Jeffrey Lynn | Airfare | November Expenses (11/01/202 | Nov 1, 2022 12:00:00 AM | American Express | UNITED AIRLINES | Arlington Heights | Illinois | Hospital Demos | 400.89 | Trip from : | Flight 11/14/22 - 11/18/22 |
| Griebel, Jeffrey Lynn | Miscellaneous | November Expenses 2 | Nov 3, 2022 12:00:00 AM | American Express | COURTYARD BY MARRIOTT | New York | New York | Hospital Evaluations | 4.00 | Trip from : | 11/16/22 - 11/18/22 - New York Manhattan Upper East Side, 410 East 92nd Street, New York, NY 10128 P 212.410.6777 - |
| Griebel, Jeffrey Lynn | Breakfast | November Expenses 2 | Nov 14, 2022 12:00:00 AM | American Express | PRIME GOURMET MARKET | New York | New York | Hospital Evaluations | 6.74 | Trip from 11/14/22 to 11/18/22 into NYC | |
| Griebel, Jeffrey Lynn | Business Meals | November Expenses 2 | Nov 14, 2022 12:00:00 AM | American Express | DELIZIA 92 | New York | New York | Hospital Evaluations | 147.57 | Trip from 11/14/22 to 11/18/22 into NYC | |
| Griebel, Jeffrey Lynn | Hotel | November Expenses 2 | Nov 16, 2022 12:00:00 AM | American Express | COURTYARD BY MARRIOTT | New York | New York | AARC | 277.75 | Trip from : | 11/14/22 - 11/15/22 - New York Manhattan Upper East Side, 410 East 92nd Street, New York, NY 10128 P 212.410.6777 - |
| Griebel, Jeffrey Lynn | Hotel | November Expenses 2 | Nov 16, 2022 12:00:00 AM | American Express | COURTYARD BY MARRIOTT | New York | New York | Hospital Evaluations | 383.95 | Trip from : | 11/16/22 - 11/18/22 - New York Manhattan Upper East Side, 410 East 92nd Street, New York, NY 10128 P 212.410.6777 - |
| Griebel, Jeffrey Lynn | Business Meals | November Expenses (11/01/202 | Nov 17, 2022 12:00:00 AM | American Express | DELIZIA 92 | New York | New York | Hospital Evaluation Training | 209.18 | Trip from : | NY Presb in NYC |
| Griebel, Jeffrey Lynn | Business Meals | November Expenses (11/01/202 | Nov 17, 2022 12:00:00 AM | American Express | NEWYORK PRESBYTERIAN COLU | New York | New York | Hospital Evaluation Training | 49.95 | Trip from : | NY Presb in NYC |
| Griebel, Jeffrey Lynn | Business Meals | November Expenses (11/01/202 | Nov 17, 2022 12:00:00 AM | American Express | SBUX14300 | New York | New York | Hospital Evaluation Training | 23.63 | Trip from : | NY Presb in NYC |
| Griebel, Jeffrey Lynn | Hotel | November Expenses 2 | Nov 17, 2022 12:00:00 AM | American Express | COURTYARD BY MARRIOTT | New York | New York | Hospital Evaluations | 409.16 | Trip from : | 11/16/22 - 11/18/22 - New York Manhattan Upper East Side, 410 East 92nd Street, New York, NY 10128 P 212.410.6777 - |
| Griebel, Jeffrey Lynn | Business Meals | November Expenses (11/01/202 | Nov 18, 2022 12:00:00 AM | American Express | SBUX14300 | New York | New York | Hospital Evaluation Training | 40.00 | Trip from 11/14/22 to 11/18/22 into NYC | |
| Griebel, Jeffrey Lynn | Breakfast | November Expenses (11/01/202 | Nov 19, 2022 12:00:00 AM | American Express | COURTYARD BY MARRIOTT | New York | New York | Hospital Evaluation Training | 7.49 | Trip from 11/14/22 to 11/18/22 into NYC | |
| Griebel, Jeffrey Lynn | Airfare | March Expenses (03/01/2023) | Mar 30, 2023 12:00:00 AM | American Express | UNITED AIRLINES | Arlington Heights | Illinois | Corporate Meeting | 316.99 | Trip from ‹ | Denver to La Guardia round trip 4/10/23 to 4/13/23 |
| Griebel, Jeffrey Lynn | Hotel | April Expenses (04/01/2023) | Apr 10, 2023 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Corporate meetings | 156.02 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Hotel | April Expenses (04/01/2023) | Apr 11, 2023 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Corporate meetings | 156.02 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Breakfast | April Expenses (04/01/2023) | Apr 12, 2023 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Corporate Meetings | 7.75 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Breakfast | April Expenses (04/01/2023) | Apr 12, 2023 12:00:00 AM | American Express | SBUX18012 | Garden City | New York | Corporate Meetings | 6.35 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Dinner | April Expenses (04/01/2023) | Apr 12, 2023 12:00:00 AM | American Express | MAJESTIC DINER | Westbury | New York | Corporate Meetings | 27.49 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Fuel | April Expenses (04/01/2023) | Apr 12, 2023 12:00:00 AM | American Express | EXXONMOBIL CAT OUTSIDE | Kansas City | Missouri | Corporate Meetings | 15.07 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Hotel | April Expenses (04/01/2023) | Apr 12, 2023 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Corporate meetings | 156.02 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Breakfast | April Expenses (04/01/2023) | Apr 13, 2023 12:00:00 AM | American Express | WENDY'S # 12894 | Flushing | New York | Corporate Meetings | 9.25 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Car Rental | April Expenses (04/01/2023) | Apr 13, 2023 12:00:00 AM | American Express | NATIONAL CAR RENTAL | East Elmhurst | New York | Corporate meetings | 316.09 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Parking | April Expenses (04/01/2023) | Apr 14, 2023 12:00:00 AM | American Express | CYWESTBURY F&B | Westbury | New York | Corporate meetings | 30.00 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Tolls/Road Cha | April Expenses (04/01/2023) | Apr 21, 2023 12:00:00 AM | American Express | NATIONAL TOLLS | Roslyn Heights | New York | Corporate Meetings - Garden City | 24.29 | Trip from 4/10/23 to 4/13/23 | |
| Griebel, Jeffrey Lynn | Airfare | June Expenses (06/01/2024) | Jun 17, 2024 12:00:00 AM | American Express | United | Arlington Heights | Illinois | Garden City Commercial Meeting | 476.95 | Trip from ; | Denver to La Guardia round trip 7/15/24 to 7/18/24 |
| Griebel, Jeffrey Lynn | Miscellaneous | July Expenses (07/01/2024) | Jul 14, 2024 12:00:00 AM | American Express | SPRINGHILL SUITES | Carle Place | New York | Field Team Strategy Meetings | - | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Hotel Tax | July Expenses (07/01/2024) | Jul 15, 2024 12:00:00 AM | American Express | CARLE PLACE GARDEN CITY | Carle Place | New York | Field Team Strategy Meetings | 20.81 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Hotel Tax | July Expenses (07/01/2024) | Jul 16, 2024 12:00:00 AM | American Express | CARLE PLACE GARDEN CITY | Carle Place | New York | Field Team Strategy Meetings | 20.81 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Taxi | July Expenses (07/01/2024) | Jul 16, 2024 12:00:00 AM | American Express | UBER | San Francisco | California | Field Team Strategy Meetings | 148.00 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Hotel Tax | July Expenses (07/01/2024) | Jul 17, 2024 12:00:00 AM | American Express | CARLE PLACE GARDEN CITY | Carle Place | New York | Field Team Strategy Meetings | 20.81 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Dinner | July Expenses (07/01/2024) | Jul 18, 2024 12:00:00 AM | American Express | LGA BROOKLYN DINER #63314 | Flushing | New York | Field Team Strategy Meetings | 40.58 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Taxi | July Expenses (07/01/2024) | Jul 18, 2024 12:00:00 AM | American Express | UBER | San Francisco | California | Field Team Strategy Meetings | 74.23 | Trip from ; | to La Guardia |
| Griebel, Jeffrey Lynn | Dinner | July Expenses (07/01/2024) | Jul 21, 2024 12:00:00 AM | American Express | CARLE PLACE GARDEN CITY | Carle Place | New York | Field Team Strategy Meetings | 2.50 | Trip from 7/15/24 to 7/18/24 | |
| Griebel, Jeffrey Lynn | Hotel | July Expenses (07/01/2024) | Jul 21, 2024 12:00:00 AM | American Express | CARLE PLACE GARDEN CITY | Carle Place | New York | Field Team Strategy Meetings | 537.00 | Trip from 7/15/24 to 7/18/24 | |

| Trips taken to NY | Air | Hotel |
|---|---|---|
| Trip from 1/31/22 - 2/3/22 | y | y |
| Trip from 2/13/22 - 2/18/22 | y | y |
| Trip from 6/5/22 - 6/8/22 | y | y |
| Trip from 6/29/22 to 7/1/22 | y | y |
| Trip from 9/6/22 to 9/9/22 | y | y |
| Trip from 11/14/22 to 11/18/22 into NYC | y | y |
| Trip from 4/10/23 to 4/13/23 | y | y |
| Trip from 7/15/24 to 7/18/24 | y | y |