[redacted]

**From:** Jeff Griebel <jgriebel@beyondair.net>
**Sent:** Tuesday, December 17, 2024 11:37 AM
**To:** Steve Lisi
**Cc:** David Webster
**Subject:** RE: I want to be crystal clear

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Steve,

I went back through the history of UTSW CFI's this weekend as I wanted to get the complete story. The request ended up being one device for Maintenance Due (which doesn't make it any better), but the original request had the wrong SN, so another email was sent to update (which is why it looked like two devices). There was a second device (569) that went into Main Delivery Failure on a patient, the hospital is asking for feedback on the device issue as they must do their own investigation (it looks like a compressor or internal leak). Both devices were requested as a "non-urgent" swap by the CS. We have been operating under the following guidelines: When a CFI comes is submitted, it is designated as Urgent or Non-Urgent based on what customer information is supplied. Urgent is considered within 6 hours (or as close as possible) or Non-Urgent (within 24 hours) unless otherwise specified. The hospital was offered Monday and requested Sunday as they stated they had a lot of machines running. We can readdress the non-urgent request time frame (especially regarding the weekend). I can talk to Derek and Rob about inquiring about the number of devices available at the hospital prior to agreeing to moving a device on a weekend, we can come up with some reasonable guidelines. I will also talk to the CS team about the weekend situation when we get these calls. We do instruct hospitals that they have at least 8 days of therapy (if not more) when the alert goes off. Occasionally we also get the 292-day alert with very low hours on the plasma chamber (last one I saw was around 149 hours).

Jeff Griebel
Director, Clinical Services
Beyond Air Inc.
900 Stewart Avenue, Suite 301
Garden City, NY 11530
jgriebel@beyondair.net
Cell Phone: 303-246-8241
https://www.beyondair.net/

---

**From:** Steve Lisi <slisi@beyondair.net>
**Sent:** Monday, December 16, 2024 4:29 PM
**To:** David Webster <DWebster@beyondair.net>; Mike Gaul <mgaul@beyondair.net>; Derek Lee <dlee@beyondair.net>; Robert Rafelson <RRafelson@beyondair.net>; Steve Duncan <SDuncan@beyondair.net>; Gary Heyman <GHeyman@beyondair.net>; John Fischer <jfischer@beyondair.net>; Laura-Jean Turcotte <lturcotte@beyondair.net>; Chris Hardy <chardy@beyondair.net>; Shelly Brown <sbrown@beyondair.net>; Jeff Griebel <jgriebel@beyondair.net>; Christine Michelini <cmichelini@beyondair.net>; Nick Dawson <ndawson@beyondair.net>; Scott Criswell

<scriswell@beyondair.net>; David Tirol III <dtiroliii@beyondair.net>; Ralph Ackerman <Rackerman@beyondair.net>
**Subject:** I want to be crystal clear

I heard that UTSW had 2 systems hit 800 hours on Sat. The request to have Sunday delivery came in and we did it. This costs us a lot of money and is COMPLETELY UNECESSARY.

When the alarm goes off at 800 hours, it is a warning. The system is good for another 200 hours or 8 DAYS OF CONTINUOUS USE. Hence if a hospital has this situation, you tell them to keep the system and we will have a replacement in a normal timeframe (2-3 business days).

If this is not clear, then sign up for training which will be Sundays at 8am EST (Israel is awake so I'm awake).

Thank you.

Steve

Steve Lisi
Chief Executive Officer
Beyond Air, Inc.
900 Stewart Avenue, Suite 301
Garden City, NY 11530
slisi@beyondair.net
www.beyondair.net

NOTICE OF CONFIDENTIALITY
This e-mail transmission may contain confidential information. The information is solely for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or other use of the contents of this e-mail or attached information is strictly prohibited. If you have received this e-mail in error, please send a return e-mail and delete this e-mail from your system.