**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY GRIEBEL,<br>Plaintiff,<br>-against-<br>BEYOND AIR, INC.,<br>Defendant. | Case No. 25 Civ. 02969 (AMD)<br>**DECLARATION OF PLAINTIFF JEFFREY GRIEBEL IN OPPOSITION TO BEYOND AIR, INC.'S <u>MOTION TO DISMISS</u>** |

I, Jeffrey Griebel, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I submit this Declaration in opposition to the motion to dismiss (the "Motion") filed by Beyond Air. Inc. ("Beyond Air").

2. I am fully familiar with the facts stated herein based upon personal knowledge.

3. I was hired by Beyond Air as its Director of Clinical Services in October of 2021.

4. Prior to my employment with Beyond Air, I was a licensed respiratory therapist and had over 25 years of experience working with nitric oxide both in and outside of hospitals.

5. Beyond Air provided me with an offer letter dated October 26, 2021 (the "Offer Letter"), which Defendant does not include with its Motion, that provides:

> As discussed, your new position will be Director, Clinical Services, based out of our Garden City, NY office.

6. A copy of the Offer Letter is appended hereto as Exhibit A.

7. Beyond Air also prepared and distributed a signature block for my company email and business cards, which both include Beyond Air's New York office address. Copies of each are appended hereto as Exhibit B.

8. My work as Director of Clinical Services for Beyond Air required me to travel across the country to different hospital customers that utilized Beyond Air's nitric oxide device (the "LungFit PH Device"). This is the nature of field-based jobs in this industry: while my residence was Colorado, my actual work for Beyond Air took place at customer hospitals approximately fifty percent of the time, and my travel to New York was at the express direction of Defendant.

9. When I was terminated in December of 2024, I was completely blindsided and needed to secure some financial stability as quickly as possible. Having never experienced a termination before, I quickly applied for unemployment benefits in the state where I reside, Colorado, in January 2025.

10. I respectfully submit that Beyond Air's Motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2026.

Jeffrey Griebel

Jeffrey Griebel