# Exhibit A

October 26th, 2021

Jeffrey Griebel
[redacted]
Brighton, CO [redacted]

Delivered via email to [redacted]@gmail.com

**Dear Jeff**:

Congratulations! We are pleased to extend this letter as confirmation of our contingent offer of employment with Beyond Air, Inc., beginning on or about December 13th, 2021.

As discussed, your new position will be Director, Clinical Services, based out of our Garden City, NY office. In this position, you will report to Mark Rimkus, VP Clinical Affairs.

You will be paid an annual salary of $200,000 for this full time, exempt position. Your salary will be paid through our semi-monthly payroll, in accordance with the company's customary payroll practices, and subject to applicable federal and local taxes.

You will be eligible to participate in the Company's comprehensive benefit program beginning with your first day of employment. Specific details of these programs, as well as enrollment procedures, will be provided to you shortly before you begin your employment. Based on your level in the company, you are eligible to take paid time off during the year, provided that you schedule and take time off in a manner that ensures that all Company needs are met and you maintain satisfactory performance and productivity levels. Paid time off is additional to bank holidays and days the company does not operate.

Subject to the approval of the Company's Board of Directors, you will be granted an option to purchase 10,000 shares of Common Stock of the Company (the "Option"). The exercise price per share of the Option will be determined by the Board of Directors or the Compensation Committee when the Option is granted. The Option will be subject to the terms and conditions applicable to options granted under the Company's Stock Plan (as adopted, the "Plan"), as described in the Plan and the applicable Stock Option Agreement. Twenty-five percent of the Options will vest after 12 months of continuous service, and the balance will best in equal monthly installments over the next 36 months of continuous service, as described in the applicable Stock Option Agreement.

Initial Here: __________

In making this offer, the Company understands that you are not under any obligation to any former employer, person, firm or corporation that would prevent, limit or impair, in any way the performance by you of the duties as an employee of Beyond Air, Inc.

Attached you will also find an "At Will Employment Agreement". Please sign and return that agreement and this letter to confirm your acceptance of our offer. All offers of employment are contingent upon the return of these documents and the completion of a satisfactory background and reference check. Please respond to this offer before the close of business on October 27th, 2021.

In accordance with Federal law, you will also be required to establish your identity and authorization to work in this country, to complete the I-9 form. We will send you supplemental information regarding the types of appropriate documentation that will be required for you to bring with you on your first day of work.

**Jeff,** we are truly delighted to have you join the Beyond Air team and look forward to a long and mutually beneficial relationship.

Please do not hesitate to contact John Morr at 516-[redacted] or jmorr@beyondair.net should you have any questions.

Congratulations again and Welcome!

Sincerely,

Steve Lisi
Chief Executive Officer & Chairman

Agree and Accept: (Please email signed acceptance to: JMorr@beyondair.net)

__________________________ _______________

Full Name Date