# Exhibit B

Jeff Griebel
Director, Clinical Services
Beyond Air Inc.
900 Stewart Avenue, Suite 301
Garden City, NY 11530
jgriebel@beyondair.net
Cell Phone: [redacted]

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct fil

---

**Beyond Air®**

The Magic of Breathing


Jeffrey Griebel

Clinical Program Director

Main +1 516 [redacted]

Mobile +1 516 [redacted]

Email jgriebel@beyondair.net

Web www.beyondair.net

Address 900 Stewart Ave., Suite 301, Garden City, NY 11530