**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY GRIEBEL,<br><br>Plaintiff,<br><br>-against-<br><br>BEYOND AIR, INC.,<br><br>Defendant. | Case No. 25 Civ. 02969 (AMD)<br><br>**DECLARATION OF RICHARD G. HADDAD IN OPPOSITION TO BEYOND AIR, INC.'S MOTION TO DISMISS** |

I, Richard G. Haddad, Esq., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a member of the law firm of Otterbourg P.C., counsel to Plaintiff Jeffrey Griebel. I submit this Declaration in opposition to the motion to dismiss (the "Motion") filed by Beyond Air. Inc. ("Beyond Air").

2. I am fully familiar with the facts stated herein based upon personal knowledge.

3. On October 29, 2025, the parties appeared through their counsel for a pre-motion conference before the Honorable Ann M. Donnelly. A copy of the transcript from the conference is appended hereto as Exhibit A.

4. Pursuant to the scheduling order entered by the Honorable Steven Tiscione on August 29, 2025, Plaintiff served a first set of requests for production of documents and interrogatories on Beyond Air on December 15, 2025. Beyond Air has not responded to either and the time to do so has expired. Additionally, Beyond Air did not serve any requests for discovery on Plaintiff on that date or any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2026.

/s/Richard G. Haddad
Richard G. Haddad