## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 17, 2026 |
| TIME: | 11:30 a.m. |
| DOCKET NUMBER(S): | 25cv2969-AMD-ST |
| NAME OF CASE(S): | Griebel v. Beyond Air, Inc. |
| FOR PLAINTIFF(S): | Dagirmanjian, Haddad |
| FOR DEFENDANT(S): | Casa |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (11:30 - 11:55) |

RULINGS FROM Motion Hearing :

Letter MOTION to Quash non-party subpoena [36] is granted at this time. Plaintiff shall obtain more targeting discovery from Defendant regarding the company finances, cost-cutting measures and reasons for reducing their workforce and terminating employees before seeking third-party audits. Parties shall confer and submit a revised discovery schedule by July 24, 2026.